■ In the Matter of MARINO P. JEANTET RESIDENCE FOR SENIORS, INC., Respondent, v COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK et al., Appellants. — Judgment of the Supreme Court, Queens County (Zelman, J.), dated August 21, 1980, affirmed, without costs or disbursements. (See *Matter of Belle Harbor Home of Sages v Tishelman,* 81 AD2d 886.) Mollen, P. J., Mangano, Gibbons and Thompson, JJ., concur. [105 Misc 2d 1080.]